**In the Matter of the CARE AND TREATMENT OF Steven HINES, Appellant.**

**No. ED 90331.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 20, 2009.

Emmett D. Queener, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Alana M. Barragan–Scott, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, P.J., LAWRENCE E. MOONEY, J., and GEORGE W. DRAPER III, J.

**ORDER**

PER CURIAM.

Steven Hines ("Hines") appeals the trial court's judgment declaring him to be a

2000, unless otherwise indicated.

sexually violent predator and committing him to the Department of Mental Health. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).